

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00084-CV

RABIH MILAN                                                                    APPELLANT

V.

DAVID PAUL HEALY                                                              APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2013-002286-1

----------

## MEMORANDUM OPINION[1]

----------

On December 22, 2014, the trial court granted summary judgment for appellee David Paul Healy against Wahid Yammine and pro se appellant Rabih Milan but not the other two defendants in the case. The December 22, 2014 order also reflected that Healy was entitled to his costs and reasonable and

---

[1]*See* Tex. R. App. P. 47.4.

necessary attorney's fees, which the trial court indicated would be "determined at a later hearing."

After Milan filed a notice of appeal of the December 22, 2014 order, we notified him of our concern that we lacked jurisdiction over the appeal because the order did not appear to be final or to be an appealable interlocutory order. *See* Tex. R. App. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We informed Milan that his appeal was subject to dismissal for want of jurisdiction unless he or any party desiring to continue the appeal filed with the court a response showing grounds for continuing the appeal. Milan filed a response but it does not show grounds for continuing the appeal, and the clerk of this court has verified that the hearing on attorney's fees has not yet been set and all parties remain pending before the trial court. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT AND SUDDERTH, JJ.

DELIVERED: May 7, 2015

2